UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:18-cv-02609 (AFM)**                                    Date:  **May 10, 2019**

Title  **Samuel Enin v. Nancy A. Berryhill**

Present: The Honorable:  **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Alma Felix for Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

     Pursuant to the Court's Procedures in Social Security Appeal (ECF No. 7), plaintiff *pro per* served the summons and complaint on December 28, 2018 in compliance with Rule 4(i) of the Federal Rules of Civil Procedure.  Defendant was required to serve the administrative record on plaintiff within 90 days, i.e., March 28, 2019.  Thereafter, the parties were to engage in discussions regarding the issues on appeal.  The docket sheet shows that, as late as the date of this Order, the parties have not filed a notice regarding the resolution of the action or answer to the complaint and administrative record.

     Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, the parties shall file a notice of resolution of the action or the answer and administrative record.  The filing of the answer and administrative record shall discharge the order to show cause, and all other deadlines required by the case management order will be extended accordingly.

     IT IS SO ORDERED.

|  | : |
|---|---|
|  | **Initials of Preparer**  ib |