UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **5:18-cv-02609-AFM**                                    Date:  **October 22, 2019**

Title  **Samuel Enin v. Andrew M. Saul**

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

On August 23, 2019, plaintiff filed a Notice of Change of Address advising the Court that as of August 1, 2019 his new address is 13610 First Avenue, Victorville, California 92395. On September 19, 2019, the Notice of Filing of plaintiff's address change was returned to the Court with the notation: RETURN TO SENDER / NOT DELIVERABLE AS ADDRESSED / UNABLE TO FORWARD.

Accordingly, IT IS ORDERED that **on or before November 11, 2019**, plaintiff shall show cause in writing why this action should not be dismissed for plaintiff's failure to provide the Court with his current address. (Local Rule 83-2.4.) If plaintiff fails to file a sufficient written response to this show cause order within the time specified, it will be deemed to be consent to a dismissal of his case.

IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |